**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

In the Matter of the Arbitration between

Case Number: 01-24-0008-9580

Choice Hotels International, Inc., Claimant
-vs-
Om Hospitality, Inc.; and Rathin Shah, Respondents

## EX PARTE AWARD OF ARBITRATOR

I, JOYCE ANN MITCHELL, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by Claimant, Choice Hotels International, Inc. represented by Janna Sakla, Esq. and *ex parte* Respondents, Om Hospitality, Inc. and Rathin Shah and dated 9/19/2014, and having been duly sworn and the oral hearings having been waived in accordance with the Rules, and having fully reviewed and considered the written documents submitted to me by Choice Hotel International, Inc., and Om Hospitality, Inc. and Rathin Shah, having failed to submit documents after due notice by mail in accordance with Rules 32 of the Commercial Arbitration Rules of the American Arbitration Association, hereby AWARD to the Claimant in the amount of $544,636.89 as follows:

$300,922.18 in past due fees; and
$243,714.71 in liquidated damages.

The administrative fees of the American Arbitration Association totaling **$4,400.00**, and the compensation of the arbitrator totaling **$1,650.00** shall be borne jointly and severally by the Respondents. Therefore, Om Hospitality, Inc. and Rathin Shah shall reimburse Choice Hotels International, Inc. the sum of **$6,050.00**, representing that portion of said fees and compensation previously incurred by Choice Hotel International, Inc.

The above sums are to be paid on or before thirty (30) days from the date of this Award.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby, denied.

I, Joyce Ann Mitchell, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument which is my Award.

September 03, 2025

Date

Joyce Ann Mitchell, Arbitrator

**EXHIBIT 2**